UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD J. WINTERS, III,<br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON N/K/A<br>LINCOLN LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 20-11937-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                              September 28, 2023

For the reasons stated in court on September 27, 2023, it is hereby ORDERED that:

1. Defendant Liberty Life Assurance Company of Boston n/k/a The Lincoln National Life Insurance Company's ("Liberty") renewed motion for judgment (Dkt. No. 53) is ALLOWED.

2. Plaintiff Edward J. Winters, III's motion for attorneys' fees and costs (Dkt. No. 44) is ALLOWED. Winters is awarded attorneys' fees and costs in the amount of $65,763. Liberty shall pay this amount by October 31, 2023.

3. The parties shall order the transcript of September 27, 2023 hearing.

                                                       /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT JUDGE