UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EDWARD J. WINTERS, III**
            Plaintiff(s)

            v.                                                    CIVIL ACTION NO.**20-11937-MLW**

**LIBERTY LIFE ASSURANCE COMPANY**
**OF BOSTON**
            Defendant(s)

**JUDGMENT IN A CIVIL CASE**

WOLF, D.J.

☐      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury
        has rendered its verdict.

X      **Decision by the Court**.  In accordance with the Order dated September 28, 2023, D. 71;


        **IT IS  ORDERED AND ADJUDGED**


        Judgment for the defendant with attorneys' fees and costs in the amount of $65,763 for the plaintiff.




                                                                Robert M. Farrell, Clerk


Dated:_ September 28, 2023_                                  /s/ Haley Currie_____
                                                            ( By )  Deputy Clerk


NOTE:  The post judgment interest rate effective this date is ____%.