UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD J. WINTERS, III,<br><br>     Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>     Defendant. | Case No. 1:20-cv-11937-MLW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Edward J. Winters, III and Defendant Liberty Life Assurance Company of Boston n/k/a The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-captioned action shall be and hereby are dismissed with prejudice. Each party shall bear his or its own costs, attorney's fees, and expenses of litigation.

DATED:  November 9, 2023

By: /s/ Sean T. Carnathan
Sean T. Carnathan, BBO No. 636889
Joseph P. Calandrelli, BBO No. 666128
O'CONNOR CARNATHAN AND
    MACK LLC
1 Van de Graff Drive, Suite 104
Burlington, MA  01803
Telephone: 781-359-9000
scarnathan@ocmlaw.net

By: /s/  Byrne J. Decker
Byrne J. Decker, BBO 680598
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
Telephone:  207-387-2957
b.decker@ogletree.com

*Attorneys for Defendant*

Ryan D. Saba, *pro hac vice*
Laura Kelly St. Martin, *pro hac vice*
ROSEN SABA, LLP
9350 Wilshire Blvd., Ste. 250
Beverly Hills, CA  90212
Telephone: 310-285-1727
rsaba@rosensaba.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on November 9, 2023.

/s/ Byrne J. Decker
Byrne J. Decker
